STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK, CSBN 131517
Special Assistant United States Attorney
Social Security Administration
160 Spear St., Suite 800
San Francisco, CA  94105
Telephone: (415) 977-8935;Facsimile: (415) 744-0134
Email: JEAN.TURK@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| NAJIB DIAB ARDEL RAHMAN | ) No. 5:14-CV-02351 JC |
| Plaintiff, | ) _____ |
| | ) |
| v. | ) **JUDGMENT OF REMAND** |
| | ) |
| CAROLYN W. COLVING, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:     January 30, 2015          _____/s/_____

Honorable Jacqueline Chooljian
United States Magistrate Judge